# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2250
Lower Tribunal No. 21-CC-005129

_____

RICHARD GUTIERREZ and LILIANA GUTIERREZ,

Appellants,

v.

CITIZENS PROPERTY INSURANCE CORPORATION,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Erik Leontiev, Judge.

May 7, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and MIZE, JJ., concur.


Erin M. Berger and Melissa A. Giasi, of Giasi Law, P.A., Tampa, for Appellants.

Daniel M. Schwarz and Kara Rockenbach, of Link & Rockenbach, P.A., West Palm Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED